# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br><br>CHARI ROTH and RACHEL ROTH,<br><br>Plaintiffs,<br><br>v.<br><br>BLACKBAUD, INC.,<br><br>Defendant. | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972<br><br><br>Case No. 3:21-cv-00053 |

## STIPULATION OF DISMISSAL

Pursuant to the terms of the confidential settlement agreement reached between Plaintiffs and Defendant Blackbaud, Inc., IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is dismissed with prejudice.

Dated:   September 16, 2025                    Respectfully submitted,


**BURR & FORMAN LLP**

*/s/ Celeste T. Jones*
Celeste T. Jones (Fed. ID # 2225)
1221 Main Street, Suite 1800
Columbia, SC 29201
Tel: 803-799-9800
Fax: 803-753-3278
Email: CTJones@burr.com

**TROUTMAN PEPPER LOCKE LLP**

 */s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, California 92618
(949) 622-2722
ron.raether@troutman.com

*Counsel for Blackbaud*

**LONGMAN LAW PC**

 */s/ Howard T. Longman*
Howard T. Longman
354 Eisenhower Pkwy, Suite 1800
Livingston, NJ 07039
(973) 994-2315
hlongman@longmanlaw.com

*Counsel for Plaintiffs*